## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

PRAKASHKUMAR PRAJAPATI
BHARAT AWASARMOL

No. 2:25-cr-00027-LEW

---

## INDICTMENT

The Grand Jury charges:

### General Allegations

At all times relevant to this Indictment:

1.    The defendants PRAKASHKUMAR PRAJAPATI ("PRAJAPATI") and BHARAT AWASARMOL ("AWASARMOL") resided in New Jersey.

2.    Victim 1 resided in Maine.

3.    Victim 2 resided in New York.

4.    Victim 3 resided in New York.

5.    Victim 4 resided in New Hampshire.

6.    WhatsApp was an internet-based messaging service that enables users to chat directly or in groups using text, voice, images, and video using the WhatsApp Messenger smartphone application.

### Overview of the Conspiracy and the Scheme to Defraud

7.    Beginning in about March 2023, and continuing until on about January 18, 2024, AWASARMOL, PRAJAPATI, and others unknown to the Grand Jury, devised

and intended to devise a scheme to defraud and to obtain money and other property by means of materially false and fraudulent pretenses, representations and promises.

## Object and Purpose of the Conspiracy

8. The object of the conspiracy was to commit wire fraud. The principal purpose of the conspiracy and the scheme to defraud was to deprive the victims of property in the form of United States currency and gold.

## Manner and Means of the Conspiracy and Scheme to Defraud

9. Among the manner and means of the conspiracy by which AWASARMOL, PRAJAPATI, and others unknown to the Grand Jury carried out the conspiracy and the scheme to defraud were the following:

    a. Coconspirators contacted the victims by telephone posing as United States Government officials;

    b. Coconspirators falsely told the victims that they were in danger of losing their assets;

    c. Coconspirators directed victims to convert their assets to United States currency and gold;

    d. Coconspirators directed the victims to provide United States currency and gold to purported government officials for safekeeping;

    e. Coconspirators directed the victims to meet purported government officials to hand over cash and gold;

    f. PRAJAPATI and a coconspirator directed AWASARMOL to meet with the victims;

g.   PRAJAPATI and a coconspirator provided AWARSAMOL with instructions and locations to meet the victims;

h.   PRAJAPATI, AWASARMOL, and an unknown coconspirator utilized Whatsapp to communicate arrangements regarding meetings with the victims.

**Acts in Furtherance of the Conspiracy and Scheme to Defraud**

10.   In furtherance of the conspiracy and to accomplish the object of the conspiracy, AWASARMOL, PRAJAPATI, and others unknown to the Grand Jury committed and caused to be committed the following acts in the District of Maine and elsewhere:

a.   AWASARMOL met with and retrieved cash and gold from victims 2-4, in the states in which each resided;

b.   Between about March 2023, and continuing through on about January 18, 2024, a coconspirator (hereinafter, the "FTC Impersonator") posing as an official with the United States Federal Trade Commission ("FTC") engaged in multiple telephone conversations with Victim 1. In these telephone conversations, the FTC Impersonator falsely claimed that Victim 1 was in danger of losing Victim 1's assets. The coconspirator further directed Victim 1 to transfer assets to purported government officials for safekeeping.

c.   Leading up to and including January 18, 2024, the FTC Impersonator engaged in multiple telephone calls with Victim 1. During these calls, the FTC Impersonator instructed Victim 1 to

purchase gold. The FTC Impersonator told Victim 1 that an officer would meet Victim 1 to retrieve the gold. The FTC Impersonator further instructed Victim 1 that the meeting would take place at a particular business in the District of Maine.

d. On about January 17, 2024, and January 18, 2024, PRAJAPATI, and another coconspirator each sent Whatsapp messages to AWARSARMOL which contained the address of the business where the FTC Impersonator had directed Victim 1 to meet the purported officer.

e. On about January 18, 2024, AWASARMOL met Victim 1 outside the business where the FTC Impersonator had directed Victim 1 to meet the purported officer. The purpose of this meeting was for AWASARMOL to collect gold from Victim 1.

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

11. Paragraphs 1-10 are incorporated herein.

12. Between about March 2023, and continuing to on about January 18, 2024, in the District of Maine and elsewhere, PRAKASHKUMAR PRAJAPATI and BHARAT AWASARMOL, and others unknown to the Grand Jury, knowingly and willfully conspired and agreed together and with each other, to commit the following offense: Wire Fraud, that is, having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and to obtain money and property by means

of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, writings, signs, signals and sounds, for the purpose of executing such scheme and artifice.

The defendants thus violated Title 18, United States Code, Sections 1343 and 1349.

## COUNT TWO
### (False Statement)

13. On about January 18, 2024, in the District of Maine, BHARAT AWASARMOL knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, when he stated to an agent of the Federal Bureau of Investigation in substance that: AWASARMOL did not know the user of the telephone number labelled "Prakash 271 Prajapati" in AWASARMOL's cellular telephone, had not spoken with him, and had never met him in person, and that AWARSARMOL had not previously made trips to pick up gold and cash. The statements and representations were false because, as the Defendant AWASARMOL then and there knew, the user of the telephone number labelled "Prakash 271 Prajapati" was PRAJAPATI; that AWASARMOL had previously spoken to PRAJAPATI by telephone; that AWASARMOL had previously met PRAJAPATI in person; and that AWASARMOL had previously made multiple trips to pick up gold and cash from victims of the offense alleged in Count 1.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE NOTICE

14. Upon conviction of the offense in violation of 18 U.S.C. § 1343 set forth in Count One of this Indictment, the defendants,

**PRAKASHKUMAR PRAJAPATI, and
BHARAT AWASARMOL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to the offense, and pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting or derived from proceeds obtained, directly or indirectly, as the result of the offense. The property to forfeited includes, but is not limited to, a money judgment in the amount of all such proceeds.

15. If any of the property described above as being forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of

the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2).

Date: 2/26/2025

Signature Redacted – Original on file with the Clerk's Office

_____
(Assistant) United States Attorney