## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

PRAKASHKUMAR PRAJAPATI

No. 2:25-cr-00027-LEW-1

### PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an

indictment against the above-named defendant having been filed in the above-entitled

case.

Dated: February 26, 2025

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY

Nicholas M. Scott
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.Scott@usdoj.gov