UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PRAKASHKUMAR PRAJAPATI, et al. )<br>)<br>Defendant ) | Criminal No. 2:25-cr-00027-LEW-001 |

**MOTION TO REOPEN DETENTION HEARING**
18 U.S.C. § 3142(f)

**NOW COMES**, the Defendant, by and through counsel, Daniel A. Wentworth, and moves this Honorable Court to reopen the detention hearing in this case. In support hereof, the Defendant further states:

1. On April 2, 2025, the Defendant waived his right to a hearing on the Government's Motion for Detention, and the Court issued an Order for Detention Pending Trial.

2. At the time, the Defendant had approximately thirty minutes to discuss his case with counsel and needed a translator, meaning he was unable to have a meaningful conversation with counsel to prepare for the detention hearing.

3. The Defendant seeks to reopen the detention hearing and to have the Court release him on an unsecured bond and appropriate conditions. In support thereof, the Defendant proposes the following release plan: The Defendant is a resident of New Jersey who was residing there in Middlesex County, New Jersey where he was employed at the Patel Brothers Grocery Store. The Defendant has a close family friend, Bhumi Patel, who lives in New Jersey as well. She is available to act as a third-party custodian if the Defendant is released.

4. Furthermore, this case *does not* come with a presumption of detention under 18 U.S.C. §3142(e)(3). As such, the Court shall order release unless "the judicial officer finds that no condition or combination of conditions will reasonable assure the appearance of the person as required and the safety of any other person in the community." 18 U.S.C. 3142(e)(1).

5. The Government bears the burden of proof to prove by clear and convincing evidence that there are no conditions of release that will reasonably ensure the safety of the community or by a preponderance of the evidence that there are no conditions of release that will reasonably ensure the Defendant's appearance in Court. *See United States v. Patriarca*, 948 F.2d 789, 798-93 (1st Cir. 1991).

6. There is no evidence of any violent tendencies of the Defendant. He is charged with non-violent crimes, and he does not have any criminal history to speak of.

7. The Defendant is not a United States citizen, is a citizen of India, and according to the pretrial services report there is a federal immigration detainer pending on him. However, this Court has ruled previously that an ICE detainer does not create a *per se* serious risk of flight under 18 U.S.C. 3142(f)(2)(A). *See United States v. Julio Ibarra*, No. 2:24-mj-00385-KFW-1.

8. Section 3142(f) of Title 18 provides, in pertinent part, as follows:

> The [detention] hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

18 U.S.C. § 3142(f).

**WHEREFORE**, the Defendant moves this Honorable Court to reopen the detention hearing in this case.

**DATED** at Portland, Maine, this 24th day of June, 2025.

                Respectfully submitted,

                /s/ Daniel A. Wentworth

                _____
                Daniel A. Wentworth (6014)
                Attorney for Defendant
                LAW OFFICES OF DYLAN BOYD
                6 CITY CENTER, SUITE 301
                PORTLAND, ME 04101
                P: (207) 536-7147
                daniel@dylanboydlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed Defendant's Motion to Reopen Detention Hearing with the Clerk of the Court using the NextGen CM/ECF system, which will send notification of such filing to Assistant United States Attorney Nick Scott.

**DATED** at Portland, Maine, this 24th day of June, 2025.

Respectfully submitted,

/s/ Daniel A. Wentworth

_____
Daniel A. Wentworth (6014)
Attorney for Defendant
LAW OFFICES OF DYLAN BOYD
6 CITY CENTER, SUITE 301
PORTLAND, ME 04101
P: (207) 536-7147
daniel@dylanboydlaw.com